UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Alan PHILIPP and Gerald G. STIEBEL )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FEDERAL REPUBLIC OF GERMANY, )<br>a foreign state, and STIFTUNG )<br>PREUSSISCHER KULTURBESITZ, )<br>)<br>Defendants )<br>) | Civ. Action No.: 1:15-cv-00266-CKK<br><br><br><br>July 14, 2015 |

## NOTICE OF APPEARANCE OF JONATHAN M. FREIMAN

To the Clerk of this court and all parties of record, please enter my appearance in this case for defendants Federal Republic of Germany, a foreign state, and Stiftung Preussischer Kulturbesitz.

Respectfully Submitted,

By:   /s/ Jonathan M. Freiman
Jonathan M. Freiman (D00322)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, Connecticut  06508
(Tel.) 203-498-4584
(Fax) 203-782-2899
jfreiman@wiggin.com

*Counsel for Defendants*

**CERTIFICATION**

I hereby certify that on July 14, 2015, a copy of the foregoing **Notice of Appearance of Jonathan M. Freiman** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Jonathan M. Freiman
Jonathan M. Freiman (D00322)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, Connecticut  06508
(Tel.) 203-498-4584
(Fax) 203-782-2899
jfreiman@wiggin.com