# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 17-8002　　　　　　　　　　　　　　　　September Term, 2016

　　　　　　　　　　　　　　　　　　　　　　　　1:15-cv-00266-CKK

**Filed On:** August 1, 2017

In re: Federal Republic of Germany, a foreign
state and Stiftung Preussischer Kulturbesitz,

　　　　Petitioners

　　**BEFORE:**　Millett, Pillard, and Wilkins, Circuit Judges

## O R D E R

　　Upon consideration of the petition for permission to appeal pursuant to 28 U.S.C. §1292(b), the response thereto, and the reply, it is

　　**ORDERED** that the petition for permission to appeal be granted. See 28 U.S.C. § 1292(b). Grant of the petition is without prejudice to reconsideration by the merits panel.

　　The Clerk is directed to transmit a copy of this order to the district court. The district court will file the order as a notice of appeal pursuant to Fed. R. App. P. 5. The district court is to certify and transmit the preliminary record to this court, after which the Clerk is directed to assign this case a general docket number and consolidate it with No. 17-7064.

　　　　　　　　　　　　　　　　**Per Curiam**